UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Margaret Pellegrino                                     Case No. 09-60489
                                                        Chapter 7
        Debtor.                         Honorable   Steven   W.   Rhodes

_____/

## NOTICE OF UNDER $5.00 DIVIDEND

**TO THE CLERK OF THE COURT:**

       The attached check in the amount of $.5.64 represents the total sum of under $5.00 dividends in this estate and is paid to the Court pursuant to 11 U.S.C. § 347(a). The name(s) and address(es) of the Party(ies) associated with these dividends is (are) as follows:

| CREDITOR NAME | CLAIM NO. | AMOUNT OF DIVIDEND |
|---|---|---|
| Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111 | 1I | $1.26 |
| Absopure Water Com pany<br>Dept. No. 189002<br>POB 701248<br>Plymouth, MI 48170 | 3I | $.38 |
| Chase Bank USA, NA<br>POB 740933<br>Dallas, TX 75374 | 4I | $2.11 |
| Verizon Wireless<br>POB 3397<br>Bloomington, IL 61702 | 5I | $1.89 |

Date: October 11, 2011        /s/ CHARLES J. TAUNT
                              CHARLES J. TAUNT, Trustee
                              700 East Maple Road
                              2nd Floor
                              Birmingham, MI  48009
                              (248) 647-1127